IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLORIA GREENLEE, et al., :

    Plaintiffs,

v. : Case No. 3:14-cv-173

MIAMI TOWNSHIP, OHIO, JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #45); OVERRULING WITHOUT PREJUDICE PLAINTIFF GLORIA GREENLEE'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL (DOC. #43); PLAINTIFF MAY RE-FILE MOTION WITH REVISED AFFIDAVIT WITHIN 10 DAYS

---

On March 5, 2015, United States Magistrate Judge Michael J. Newman issued a Report and Recommendations (Doc. #45), recommending that Plaintiff Gloria Greenlee's Motion for Leave to Appeal *In Forma Pauperis* (Doc. #43) be overruled without prejudice. Greenlee's supporting affidavit indicates that her monthly income is $17,266. If this is accurate, she would not be eligible to proceed *in forma pauperis* on appeal. Magistrate Newman, noted, however, that this amount may have been miscalculated.

The parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so. However, no Objections have been filed within the time allotted. Accordingly, the Court

ADOPTS the Report and Recommendations, Doc. #45, and OVERRULES WITHOUT PREJUDICE Plaintiff Gloria Greenlee's Motion for Leave to Appeal *In Forma Pauperis*, Doc. #43. If she would like to re-file her motion with a revised affidavit, she shall do so within 10 days of the date of this Decision and Entry.

Date: March 24, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE